435 A.2d 1330

White v. White, Appellant.

Argued April 14, 1980. Joseph M. Wymard, for appellant; Gerald S. Lesher, submitted a brief on behalf of appellee.

Before SPAETH, WICKERSHAM and LIPEZ, JJ.

Order of the court below affirmed.